AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Tanya Bishop<br><br>*Defendant* | )<br>)  Case: 1:23-mj-00335<br>)  Assigned to: Judge Harvey, G. Michael<br>)  Assign Date: 12/4/2023<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Tanya Bishop                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building.

Date:   12/04/2023                                                          Digitally signed by G.
                                                                            Michael Harvey
                                                                            Date: 2023.12.04 10:51:59
                                                                            -05'00'
                                                                            *Issuing officer's signature*

City and state:       Washington, D.C.                    G. Michael Harvey, U.S. Magistrate Judge
                                                                 *Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/4/23 , and the person was arrested on *(date)* 12/8/23
at *(city and state)*  Snow Hill, NC            .

Date:  12/8/23                                                    _____
                                                                    *Arresting officer's signature*

                                                                  Pete Mines, FBI Special Agent
                                                                    *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Tanya Bishop

Known aliases:

Last known residence: 1568 Vandiford-Thomas Road, Snow Hill, NC, 28580

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers: 252-268-5982

Place of birth:

Date of birth: 1/8/1975

Social Security number:

Height:                                       Weight:

Sex:                                          Race:

Hair:                                         Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: FBI Raleigh RA

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: